IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., | ) |
| Laura Barrickman, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:07cv441-ID |
| v. | ) |
| | ) |
| THE RESTORE COMPANIES, LLC, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and Relator Laura Barrickman having interposed no objection to the entry of this Order, it is CONSIDERED and ORDERED as follows:

(1) The complaint be and the same is hereby UNSEALED and shall be served upon the defendant by the relator;

(2) all other contents of the Court's file in this action shall remain UNDER SEAL and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention (Doc. No. 9), which the relator will serve upon the defendant only after service of the complaint;

(3) the seal is hereby LIFTED as to all other matters occurring in this action after the date of this Order;

(4) the parties shall SERVE all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

(5) all orders of this Court shall be sent to the United States; and

(6) should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

DONE this 11th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE