IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ex rel., Laura Barrickman, | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) ) **CIVIL ACTION NO. : 2:07-CV-00441-ID** |
| **THE RESTORE COMPANIES, LLC; RESTORE THERAPY SERVICES, LTD.; RESTORE MANAGEMENT COMPANY, LLC.** | ) ) ) ) ) |
| **Defendants.** | ) |

## NOTICE OF DISMISSAL

COMES NOW the Relator, Laura Barrickman by and through her respective attorneys pursuant to Rule 41(a) Fed. R.Civ.P., and hereby stipulates to and/or gives notice of the **DISMISSAL, WITH PREJUDICE TO THE RELATOR AND WITHOUT PREJUDICE TO THE GOVERNMENT,** of any and all claims and/or causes of action asserted in this action, with costs taxed as paid.

Respectfully submitted this 27th day of March, 2008.

                                Respectfully submitted,

By:   /s/ Larry A. Golston Jr.
        Larry A. Golston, Jr.
        BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C
        272 Commerce Street
        Montgomery, Alabama 36104
        Telephone:  (334) 269-2343
        Facsimile:  (334) 954-7555
        Larry A. Golston Jr., Esq.

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 FAX

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on March 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all parties receiving electronic means.

                                      By:    /s/ Larry A. Golston Jr.
                                                    Larry A. Golston, Jr.