IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., | ) |
| Laura Barrickman, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 2:07cv441-ID |
| v. | ) |
| | ) |
| THE RESTORE COMPANIES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Notice of Dismissal, filed by Relator Laura Barrickman (Doc. No. 12), which the court construes as a Motion to Dismiss, it is ORDERED that, in accordance with the court's Order entered March 11, 2008, the United States show cause, if any there be, on or before April 8, 2008, why the above-styled cause should not be dismissed upon the terms proposed by Relator.

DONE this 27th day of March, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE