IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel*. **Laura Barrickman,** | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:07-CV-441-ID |
| v. | ) ) ) | |
| **THE RESTORE COMPANIES, LLC, et al.** | ) ) ) | |
| Defendants. | ) ) | |

## RESPONSE TO ORDER

COMES NOW, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, in response to the Court's order and states that Defendant has no objection to Relator's Notice of Dismissal (Doc. No. 12) and the terms therein.

Respectfully submitted this the 2nd day of April, 2008.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

       By: /s/ James J. DuBois
        JAMES J. DUBOIS
        Assistant United States Attorney
        Georgia Bar No. 231445
        United States Attorney's Office
        Post Office Box 197
        Montgomery, AL 36101-0197
        Telephone: (334) 223-7280
        Facsimile: (334) 223-7418
        E-mail: james.dubois2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jere L. Beasley, Esquire
>W. Daniel Miles, III, Esquire
>Larry A. Golston, Esquire

>/s/ James J. DuBois
>Assistant United States Attorney