IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., Laura Barrickman, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION NO. 2:07cv441-ID |
| v. | )<br>) |
| THE RESTORE COMPANIES, LLC, et al., | )<br>) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the Motion to Dismiss, filed by Relator Laura Barrickman (Doc. No. 12), and the United States having consented to the dismissal (Doc. No. 14), it is ORDERED that said Motion be and the same is hereby GRANTED and that the above-styled action is hereby DISMISSED with prejudice as to the Relator and without prejudice as to the United States, with costs taxed as paid. The clerk is DIRECTED to close this case.

DONE this 2nd day of April, 2008.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE